# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2025-0591
Lower Tribunal No. 2024-CF-002958-A-O

_____

STATE OF FLORIDA,

Appellant,

v.

DARRIUS BRYANT,

Appellee.

_____

Appeal from the Circuit Court for Orange County.
Diego M. Madrigal, III, Judge.

August 11, 2026

PER CURIAM.

AFFIRMED.

WOZNIAK, SMITH and PRATT, JJ., concur.


James Uthmeier, Attorney General, Tallahassee, and Kaylee D. Tatman, Rebecca Rock McGuigan, and Marissa V. Giles, Assistant Attorneys General, Daytona Beach, for Appellant.

Blair Allen, Public Defender, and Tosha Cohen, Assistant Public Defender, Bartow, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED